**Timothy C. GANTT, Petitioner— Appellee,**

v.

**A.K. SCRIBNER, Warden, Respondent—Appellant.**

**No. 06–55678.**

United States Court of Appeals, Ninth Circuit.

Argued and Submitted July 13, 2007.

Filed July 20, 2007.

Philip Deitch, Esq., Van Nuys, CA, for Petitioner–Appellee.

Alan D. Tate, Esq., AGCA—Office of the California Attorney General, Los Angeles, CA, for Respondent–Appellant.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

Before: KOZINSKI and TALLMAN, Circuit Judges, and SANDOVAL,* District Judge.

## MEMORANDUM **

1. The district court didn't clearly err in finding that the state failed to disclose the disputed evidence at a time when it would have been useful, as required by *Brady v. Maryland,* 373 U.S. 83, 83 S.Ct. 1194, 10 L.Ed.2d 215 (1963). *See Anderson v. City of Bessemer City,* 470 U.S. 564, 573, 105 S.Ct. 1504, 84 L.Ed.2d 518 (1985).

2. Respondent doesn't offer any substantial reason for departing from the law of the case and reversing *Gantt v. Roe,* 389 F.3d 908 (9th Cir.2004). *See Milgard Tempering, Inc. v. Selas Corp. of America,* 902 F.2d 703, 715 (9th Cir.1990).

**AFFIRMED.**

---

* The Honorable Brian E. Sandoval, United States District Judge for the District of Nevada, sitting by designation.

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

